# Charny & Wheeler
## Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)
Russell G. Wheeler
Benjamin N. Dictor

9 West Market Street
Rhinebeck, New York 12572
Tel: 845-876-7500
Fax: 845-876-7501

September 5, 2018

<u>Via ECF</u>
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building & Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   <u>Shields v. Leake and Watts Services, Inc. et al</u>
      Civil Action No. 17-cv-02020 (KMK)

Dear Judge Karas:

This office represents Plaintiff Melville Shields in the above-referenced matter.  I write to certify that on August 31, 2018, I served the Court's August 29, 2018 memo endorsement (Docket Entry No. 30) on the Plaintiff.  Service was made by First-Class mail and by overnight delivery service, which I have confirmed was delivered to Plaintiff's address on September 1, 2018.

                        Respectfully submitted:

                        /s Russell G. Wheeler
                        Russell G. Wheeler (RW8995)


cc:   All counsel of record (via ECF)